# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 16, 2018

## NO. 03-18-00445-CV

**Appellants, Texas Association of Business; National Federation of Independent Business, American Staffing Association; LeadingEdge Personnel, Ltd.; Staff Force, Inc.; HT Staffing Ltd. d/b/a The HT Group; The Burnett Companies Consolidated, Inc., d/b/a Burnett Specialists; Society for Human Resource Management; Texas State Council of The Society for Human Resource Management; Austin Human Resource Management Association; Strickland School, LLC; and The State of Texas//Cross-Appellants, City of Austin, Texas; and Spencer Cronk, City Manager of The City of Austin**

**v.**

**Appellees, City of Austin, Texas; Steve Adler, Mayor of The City of Austin; and Spencer Cronk, City Manager of The City of Austin//Cross-Appellees, Texas Association of Business; National Federation of Independent Business, American Staffing Association; Leading Edge Personnel, Ltd.; Staff Force, Inc.; HT Staffing Ltd. d/b/a The HT Group; The Burnett Companies Consolidated, Inc., d/b/a Burnett Specialists; Society for Human Resource Management; Texas State Council of The Society for Human Resource Management; Austin Human Resource Management Association; Strickland School, LLC; and The State of Texas**

---

**APPEAL FROM THE 459TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES PURYEAR AND FIELD
AFFIRMED IN PART, REVERSED AND REMANDED IN PART—
OPINION BY CHIEF JUSTICE ROSE**

---

This is an appeal from orders signed by the district court on July 2, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in one of the court's orders. Therefore, the Court reverses that part of the district court's order denying the City's plea to the jurisdiction with respect to the Private Parties' warrantless-search claim,

remands that claim to the district court to give the Private Parties the opportunity to replead, and affirms the remainder of the order denying the City's plea to the jurisdiction. The Court affirms the district court's denial of the City's motion to strike the State's intervention. The Court reverses the district court's order denying the Private Parties' and the State's application for a temporary injunction and remands this case to the district court with the instruction that it grant the requested temporary injunction and for further proceedings consistent with this opinion. Each party shall bear its own costs relating to this appeal, both in this Court and in the court below.